# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ED KASHI,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MCGRAW-HILL GLOBAL EDUCATION HOLDINGS AND MCGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-1818 |

## O R D E R

**AND NOW**, this 12th day of October, 2017, upon consideration of McGraw-Hill Global Education Holdings and McGraw-Hill School Education Holdings, LLC's Motion to Dismiss (ECF No. 6), Plaintiff Ed Kashi's response thereto (ECF No. 9), and Defendants' reply (ECF No. 13), it is hereby **ORDERED** that the Motion is **DENIED.** It is further **ORDERED** that Kashi is granted leave to amend his Complaint.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**