IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ED KASHI,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MCGRAW-HILL GLOBAL EDUCATION HOLDINGS AND MCGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC,<br>　　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO. 17-1818 |

## O R D E R

**AND NOW**, this 27th day of August, 2018, upon consideration of Defendants' Motion to Disqualify Plaintiff's Counsel (ECF No. 43), Plaintiff's Response to the Motion (ECF No. 48), Defendants' Reply to Plaintiff's Response (ECF No. 49), and the notices of supplemental authority filed by both parties (ECF Nos. 50 & 51), **IT IS ORDERED** that Defendants' Motion (ECF No. 43) is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**