# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ED KASHI,<br>    Plaintiff,<br><br>v.<br><br>MCGRAW-HILL GLOBAL EDUCATION HOLDINGS AND MCGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC,<br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 17-1818 |

## O R D E R

**AND NOW**, this 22nd day of October, 2018, upon consideration of Plaintiff's Motion for Partial Summary Judgment (ECF No. 37), Defendants' Motion for Partial Summary Judgment (ECF No. 38), Plaintiff's responsive briefs (ECF Nos. 40 & 47) and Defendants' responsive briefs (ECF Nos. 39 & 46), **IT IS ORDERED** that:

(1)   Plaintiff's Motion is **DENIED**.

(2)   Defendants' Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

a. The Motion is **GRANTED** with respect to the Photos in Exhibit 1, Rows 3, 5, 6, 7, 8, 9, 10, 13, 14, 15, 16, 18, 19, 21, 22, 23, 26, 27, 28, 29, 30, 31, 33, 34, 35, 36, 37, 40, 41, 42, 43, 44, 45, 46, 47, 49, 50, 51, 52, 53, 54, 55, 56, and 57, and in Exhibit 2, Row 9 of the Chart.

b. The Motion is **DENIED** with respect to the Photos in Exhibit 1, Rows 1, 2, 4, 11, 12, 17, 20, 24, 25, 32, 38, 39, 48, and Exhibit 2, Rows 1, 2, 3, 4, 5, 6, 7, 8, 10, 11, and 12.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**